UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Kathleen Lopez-Buric,<br><br>Plaintiff,<br><br>v.<br><br>Officer David Notch; Officer Bradley Thelen; City of Waite Park; and Stearns County<br><br>Defendants. | ) | Court File No. 00-CV-928 ADM/RLE<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE AMENDED COMPLAINT** |

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the parties above-named, by and through their undersigned counsel, stipulate and agree that plaintiff be granted leave to serve and file an Amended Complaint in the above-captioned matter.

SHULMAN, WALCOTT & SHULMAN, P.A.

Dated: 8/1, 2000.

By [signature]
John G. Shulman, #213135
David M. Sullivan, #288408
121 West Franklin Avenue
Minneapolis, MN 55404
Telephone: 612-871-2909
Attorneys for Plaintiff

FILED AUG 02 2000
[illegible], CLERK
JUDGMENT ENTD [illegible]
DEPUTY CLERK

ERSTAD & RIEMER, P.A.

Dated: July 25, 2000.

By______________________________
Jon K. Iverson, #146389
Attorneys for Defendants,
Thelen and City of Waite Park
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431
Telephone: 952-896-3700

RATWICK, ROSZAK & MALONEY, P.A.

Dated: 8/1, 2000.

By______________________________
Ann R. Goering, #210699
Attorneys for Defendants,
Notch and Sterns County
300 Peavey Building
730 Second Avenue
Minneapolis, MN 55402
Telephone: 952-896-3700

**ORDER**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that plaintiff be and hereby is granted leave to serve and file an Amended Complaint.

BY THE COURT:

Dated: August 2, 2000

______________________________
Raymond L. Erickson
United States Magistrate Judge