**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Kathleen Lopez-Buric,

Plaintiff,

**AMENDED ORDER**

v.

Civil No. 00-CV-928 ADM/RLE

Officer David Notch; Officer Bradley Thelen; City of Waite Park; and Stearns County,

Defendants.

---

John G. Shulman, Esq., and David M. Sullivan, Esq., Shulman Law Firm, Minneapolis, MN, appeared for and on behalf of the Plaintiff.

Jon K. Iverson, Esq., and Jason J. Kuboushek, Esq., Erstad & Riemer, Minneapolis, MN, appeared for and on behalf of Defendants Officer Bradley Thelen and City of Waite Park.

Ann R. Goering, Esq., Ratwik, Roszak & Maloney, Minneapolis, MN, appeared for and on behalf of Defendants Officer David Notsch and Stearns County.

---

Because of the Court's mistaken notion that this case was removed from state court, there is need for a clarification of the previous Order [Doc. No. 40]. Because the Court refrains from asserting supplementary jurisdiction over the remaining state law claims, 28 U.S.C. § 1367(c)(3), and the case was originally filed in federal court, the remaining claims are not remanded, but instead are dismissed without prejudice. Under 28 U.S.C. § 1367(d), the period of limitations of Plaintiff's state claims has been tolled, allowing her to reassert the state claims in state court.

Based upon the foregoing, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' Motions to Dismiss [Doc. Nos. 20 & 28] Plaintiff's § 1983 claims are

FILED APR 25 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD APR 25 2001
DEPUTY CLERK

**GRANTED**. As to Defendants Thelen and Notsch individually, the claims are dismissed without prejudice. As to Defendants the City and the County, the claims are dismissed with prejudice.

2. Plaintiff's Motion to Amend is **DENIED**.

3. The assault and battery claims are **DISMISSED** without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: April 25, 2001

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

### Prehearing Conference Program

The United States Court of Appeals for the Eighth Circuit has established an early intervention Prehearing Conference Program. The purpose of the program is twofold: (1) to facilitate settlement discussions in civil cases by providing an impartial atmosphere for an open discussion of the case and alternative methods of disposition and (2) to promote the delineation of issues, early resolution of procedural problems, and effective administration of an appeal throughout the appellate process. See 8th Cir. R. 33A.

The program is directed by Mr. John Martin. Mr. Martin screens newly filed appeals based on information furnished by both appellants and appellees in the court's Appeal Information Forms A and B. Contact with counsel is by telephone and in personal conferences held in several cities throughout the Circuit. All communications with Mr. Martin are confidential. Counsel can openly discuss and evaluate the issues and explore alternatives in a non-adversarial setting without fear that the subsequent processing of the appeal or ultimate disposition of the case will be adversely affected by participation in the program.

Participation in the program is voluntary. However, the Court strongly encourages your participation and cooperation. Over the past twenty years, the program has enabled many appellate litigants to achieve mutually satisfactory resolution of certain issues or an overall settlement prior to progressing through all stages of the appellate process. Issue delineation enables counsel to focus only on those issues that need judicial resolution. The program has helped relieve the ever-increasing caseload confronting the Court, and it has also saved litigants and attorneys substantial amounts of time and money.

In order for the program to function effectively certain information <u>must</u> be provided at the initiation of the appeal. *Eighth Circuit Rule 3B directs each civil appellant to: (1) file a completed Appeal Information Form A with the Notice of Appeal at the time the Notice is filed with the District Court clerk and (2) forward a copy of the completed Form A and a copy of Appeal Information Form B to the appellee for completion.* Appellee may complete Form B and send it to the clerk of the Court of Appeals. If you have any questions about the Prehearing Conference Program or the Appeal Information Forms, please contact Mr. Martin at (314)-539-3669.

Forms A and B are available from the District Court clerk and the Court of Appeals clerk and can be found at the Court of Appeals' web site at: www.ca8.uscourts.gov

*June 1, 2000*

Forms/8thcircuitprehearingconf.wpd