UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

FOURTH DIVISION - MINNEAPOLIS

Kathleen Lopez-Buric
Plaintiff(s)

-v- **Civil** # 00-cv-928 ADM/RLE

Officer Bradley Thelen; Officer Dave Notsch; City of Waite Park and Stearns County
Defendant(s)

## COST JUDGMENT

The costs of the Defendants, Officer Thelen and City of Waite Park, have been taxed and allowed by the Clerk of this Court against the **Plaintiff** as follows:

| | | Claimed | | Allowed |
|---|---|---|---|---|
| Fees of the court reporter | $ | 1,265.70 | $ | 618.35 |
| Fees of witnesses | | 250.00 | | 40.00 |
| Fees for copies | | 371.84 | | 371.84 |
| Docket fees under 28USC§1923 | | 5.00 | | 5.00 |
| TOTAL: | $ | 1,865.54 | $ | 1,035.19 |

Costs, therefore, are taxed in the sum of One Thousand Thirty-five Dollars and 19/100 ($1,035.19) in favor of the Defendants, Officer Thelen and City of Waite Park, and against the **Plaintiff** and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of August 31, 2001.

FRANCIS E. DOSAL, CLERK

By [signature]
Celeste M. Shahidi
Court Manager

AUG 3 1 2001
FILED
RICHARD D. SLETTEN
JUDGMENT ENTD
DEPUTY CLERK

cc: all counsel