UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

FOURTH DIVISION - MINNEAPOLIS

Kathleen Lopez-Buric
Plaintiff(s)

-v- **Civil** # 00-cv-928 ADM/RLE

Officer Bradley Thelen; Officer Dave Notsch; City of Waite Park and Stearns County
Defendant(s)

**COST JUDGMENT**

The costs of the Defendant Stearns County have been taxed and allowed by the Clerk of this Court against the **Plaintiff** as follows:

| | | Claimed | | Allowed |
|---|---|---|---|---|
| Fees of the court reporter | $ | 937.70 | $ | 301.35 |
| Fees of witnesses | | 250.00 | | 40.00 |
| Fees for copies | | 127.34 | | 127.34 |
| Docket fees under 28USC§1923 | | 5.00 | | 5.00 |
| TOTAL: | $ | 1,320.04 | $ | 473.69 |

Costs, therefore, are taxed in the sum of Four Hundred Seventy-three Dollars and 69/100 ($473.69) in favor of the Defendant Stearns County and against the **Plaintiff** and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of August 31, 2001.

FRANCIS E. DOSAL, CLERK

By Celeste M. Shahidi
Celeste M. Shahidi
Court Manager

AUG 31 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

cc: all counsel