UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kathleen Lopez-Buric,

ORDER

Plaintiff,

vs.

Civil 00-928 ADM/RLE

David Notch, Officer, et al

Defendants

---

Pursuant to agreements between the parties,

**IT IS HEREBY ORDERED** That the two Cost Judgments entered in the above action on August 31, 2001 in favor of the City of Waite Park and Officer Thelen and Stearns County and against the plaintiff are hereby vacated.

DATED: September 25, 2001

Judge Ann D. Montgomery
United States District Court

SEP 25 2001
FILED______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK ______